**CLARK LAW OFFICES**
3700 N. 24th Street, Ste. 120
Phoenix, Arizona 85016
Telephone: 602.956.3528
Fax: 602.956.1167

Meredith Flori
State Bar #026241
mhf@clarklawaz.com

Attorneys for Debtor

# IN THE UNITED STATE BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:09-bk-15242 <br> In Proceedings under Chapter 7 |
| Gale and Diana Klawonn, | **OBJECTION TO MOTION TO MODIFY AUTOMATIC STAY** |
| Debtor (s) | |

Gale and Diana Klawonn, by and through undersigned Counsel, hereby object to Movant's Motion for Relief from Automatic Stay regarding the Deed of Trust on their real property located at 8302 E. Sage Drive, Scottsdale, Arizona 85250.

Movant alleges that the debtors are in default of the payments due under the Movant's promissory note since July 1, 2009. The debtors have, however, made all of their contractual payments since the time of the filing of their Chapter 7 bankruptcy case. Therefore, the Movant's interest in this property is adequately protected by the debtors' timely payment, and the Movant should not be permitted to modify the automatic stay and proceed with foreclosure of the debtors' property.

Based on the foregoing, the Debtor(s) respectfully request(s) that the Movant's Motion for Relief from Automatic Stay be denied.

SIGNED this date: 11th day of November, 2009

/s/ Meredith H. Flori
Meredith H. Flori, Esq.

-1-

# CERTIFICATE OF MAILING

I, Meredith H. Flori, hereby certify that copies of this notice were mailed on this, 11th day of November, 2009 to all interested parties as set forth herein below.

SIGNED this date: 11th day of November, 2009

/s/ Meredith H. Flori
Meredith H. Flori, Esq.

**U.S. Trustee**
Office of the U.S. Trustee
230 N. First Ave., Suite 204
Phoenix, Arizona 85003

**Trustee**
Constantino, Flores
P.O Box 511
Phoenix, AZ 85001

**Debtor:**
Gale and Diana Klawonn
8302 E Sage Drive
Scottsdale, AZ 85250

**Attorney for Movant:**
Mark S. Bosco
2525 E. Camelback Rd.
Suite 300
Phoenix, AZ 85016